

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00191-CV

**IN THE INTEREST OF D.R.P.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-03045
Honorable Charles Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's order setting forth the terms and conditions of the possessory conservator's possession and access is REVERSED, and the cause is REMANDED for a new trial on that issue. Costs of the appeal are taxed against the parties who incurred them; however, it is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 6, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

---

[1] The Honorable Martha Tanner presided over the hearing on the motion for new trial.